UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELMER YOBANY ORELLANA RUANO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 26-11091-LTS |
| | ) | |
| ANTONE MONIZ et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

JUDGMENT

March 20, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated March 5, 2026 (Doc. No. 8), the Petition

for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

　/s/ Leo T. Sorokin
United States District Judge